UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARTIN J. WALSH, Secretary of Labor,                      :
United States Department of Labor,                        :
                    Plaintiff,               :
                           :        **ORDER**
v.                                                        :
                           :        23 CV 275 (VB)
BERKSHIRE NURSERY & SUPPLY CORP.,                         :
and JESUS FLORES,                                         :
                    Defendants.             :
-----------------------------------------------------------------x

2/14/24

       As discussed at a conference held on the record today, at which counsel for all parties appeared, it is HEREBY ORDERED:

       1.     By no later than **February 28, 2024**, plaintiff may, if she so wishes, move for an order finding defendants in contempt of Court.

       2.     By **March 13, 2024**, defendants shall file their opposition to plaintiff's motion for a contempt order.

       3.     By **March 20, 2024**, plaintiff shall file her reply, if any, in support of her motion for a contempt order.

       4.     Consistent with Federal Rule of Civil Procedure 25(d), the Clerk is instructed to terminate Martin J. Walsh from the docket, and substitute Julie A. Su, Acting Secretary, U.S. Department of Labor, as plaintiff.

Dated: February 14, 2024
      White Plains, NY

                                  SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge