**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARTIN J. WALSH, *et al.*,

Plaintiffs,

-against-

BERKSHIRE NURSERY & SUPPLY CORP., *et al.*,

Defendants.
-----------------------------------------------------------x

**SCHEDULING ORDER**

23 Civ. 275 (VB)(JCM)

The Court has scheduled a Status Conference for November 16, 2026 at 3:00 p.m. before Magistrate Judge Judith C. McCarthy in Courtroom 325 to discuss the issues raised in Docket No. 113. Furthermore, Defendants are directed to respond to Docket No. 113 by close of business, November 10, 2026.

Dated: November 6, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge